NUMBER 13-05-466-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

WILLIAM E. KING,                                                   Appellant,

 

                                           v.

 

HENRY
H. HAYNES,                                                  Appellee.

________________________________________________________

 

                   On appeal from the 11th District Court

                            of Harris
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, WILLIAM
E. KING, perfected an appeal from a judgment entered by the 11th
District Court of Harris County, Texas, in cause number 2003-60030.  After the
record was filed, appellant filed a motion to dismiss the appeal.  Appellant requests that this Court dismiss
the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 1st day of December,
2005.